RICHARD S. SCHURIN
STEVEN STERN
EVGENY KRASNOV
BENJAMIN LITTLE
PENINA GREEN
MEGAN ABNER



595 STEWART AVENUE
SUITE 510
GARDEN CITY, NY 11530
TEL. (516) 248-0300
FAX (516) 283-0277
WWW.STERNSCHURIN.COM

July 17, 2019

**Via ECF**
Hon. Margo K. Brodie
U.S. District Court Judge
Eastern District of New York
225 Cadman Plaza East
New York, N.Y. 11201

    Re:    *DJ Direct, Inc v. OMM Imports Inc. et al.*
              19-cv-2541 (MKB)(VMS)

Dear Judge Brodie:

    This firm represents Plaintiff DJ Direct, Inc. in the above case. We write pursuant to section 1. F. of Your Honor's Individual Rules to request a seven (7) day extension of the date to respond to Defendant's letter regarding its proposed motion to dismiss. Defendants consent to this request.

    On July 11, 2019, the Court issued a Minute Order requiring Plaintiff to respond to Defendants' letter regarding its proposed motion to dismiss by July 18, 2019. Plaintiff now seeks a seven-day extension of time until July 25, 2019 to continue to discuss Defendants concerns and try to resolve them without motion practice. No previous extension of this date has been requested or granted. As previously noted, Defendants consent to this request.

                                      Respectfully submitted,
                                      **STERN & SCHURIN LLP**
                                      *Richard S. Schurin*

                                      Richard S. Schurin