ZANE AND RUDOFSKY
*Attorneys and Counsellors at Law*

THE STARRETT LEHIGH BUILDING
601 WEST 26TH STREET
NEW YORK 10001

(212) 245-2222

FAX (212) 541-5555 • VOICEMAIL (212) 541-4444
E-MAIL info@zrlex.com • WEBSITE http://www.zrlex.com

July 26, 2019

*Via ECF*

Hon. Vera M. Scanlon, U.S.M.J.
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>DJ Direct, Inc. v. OMM Imports, Inc. et al, Civil Action No. 19-cv-02541(MKB)(VMS)</u>

Dear Judge Scanlon:

    We are local counsel to defendants, OMM Imports, Inc. and write to request a consent adjournment of the Initial Conference scheduled to be held with Your Honor on July 31, 2019, at 11:00am.

    Pursuant to Your Honor's Individual Practice Rules, we advise the Court as follows:

1) The date of the conference sought to be adjourned is July 31, 2019.
2) There have been no previous requests for adjournment of the conference.
3) Counsel for plaintiff consent to this request.
4) The reason for the adjournment request is that my son, Lee P. Rudofsky, has been nominated as a U.S. District Judge for the Eastern District of Arkansas and the Senate Judiciary Committee has calendared his confirmation hearing for July 31, 2019, the same date as the conference with Your Honor. My wife and I have been invited and requested to attend the confirmation hearing (and, with the indulgence of the Court, wish to do so).
5) After consultation with counsel for plaintiff, proposed alternative dates on which counsel are available are August 6, 2019, August 7, 2019, August 8, 2019, August 9, 2019, and August 12, 2019.
6) Counsel have agreed upon a joint proposed Scheduling Order, which is anticipated to be e-filed later today for review by the Court prior to or at the adjourned Initial Conference. The proposed adjournment does not affect any scheduled dates set forth in that proposed Order or otherwise fixed in connection with this case.

Zane and Rudofsky

We thank the Court in advance for its hopefully favorable consideration of this consent adjournment request.

Respectfully,

*Edward S. Rudofsky*
Edward S. Rudofsky

Cc: All Counsel Via ECF